

# Fourth Court of Appeals
## San Antonio, Texas

January 23, 2014

No. 04-13-00583-CV

**THE ESTATE OF WILLIE R. FORISTER, DECEASED**,

From the County Court, Karnes County, Texas
Trial Court No. 5795-12
Honorable Jim Scanlan, Judge Presiding

## O R D E R

Appellants' fourth motion for extension of time to file their brief is GRANTED. Appellants' brief is due on **Tuesday, February 18, 2014**. **No further extensions will be granted.**

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of January, 2014.

_____
Keith E. Hottle
Clerk of Court